**No. 10-9793. Maeguerita Quire, Petitioner v. Florida.**

563 U.S. 1036, 131 S. Ct. 2964, 180 L. Ed. 2d 252, 2011 U.S. LEXIS 4197, ■

June 6, 2011. Petition for writ of certiorari to the District Court of Appeal of Florida, Fourth District, denied.

**No. 10-9795. James Alvin Castleman, Petitioner v. Tennessee.**

563 U.S. 1036, 131 S. Ct. 2964, 180 L. Ed. 2d 252, 2011 U.S. LEXIS 4331.

June 6, 2011. Petition for writ of certiorari to the Court of Criminal Appeals of Tennessee, Western Division, denied.

**No. 10-9796. Craig Cumberland, Petitioner v. Patricia Mirande.**

563 U.S. 1036, 131 S. Ct. 2964, 180 L. Ed. 2d 252, 2011 U.S. LEXIS 4249.

June 6, 2011. Petition for writ of certiorari to the Court of Appeals of Ohio, Hamilton County, denied.

**No. 10-9803. Eli Blackhouse, Petitioner v. Laurie Connelly.**

563 U.S. 1036, 131 S. Ct. 2964, 180 L. Ed. 2d 252, 2011 U.S. LEXIS 4350.

June 6, 2011. Petition for writ of certiorari to the Supreme Judicial Court of Maine denied.

**No. 10-9806. Cesar Xaver Barros, Petitioner v. John E. Wetzel, Acting Secretary, Pennsylvania Department of Corrections, et al.**

563 U.S. 1036, 131 S. Ct. 2965, 180 L. Ed. 2d 252, 2011 U.S. LEXIS 4223.

June 6, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 10-9811. Brian Greer, Petitioner v. Safeway, Inc., et al.**

563 U.S. 1036, 131 S. Ct. 2965, 180 L. Ed. 2d 252, 2011 U.S. LEXIS 4355.

June 6, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-9812. Mary Harris, Petitioner v. City of Augusta, Georgia, et al.**

563 U.S. 1036, 131 S. Ct. 2965, 180 L. Ed. 2d 252, 2011 U.S. LEXIS 4294.

June 6, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-9813. Robert Brian Crim, Petitioner v. Bayshore of Naples, Inc.**

563 U.S. 1036, 131 S. Ct. 2965, 180 L. Ed. 2d 252, 2011 U.S. LEXIS 4347, ■

June 6, 2011. Petition for writ of certiorari to the Supreme Court of Florida denied.

Same case below, 39 So. 3d 320.

**No. 10-9820. Gregory Stewart Hubler, Petitioner v. Rusty Lander.**

563 U.S. 1036, 131 S. Ct. 2965, 180 L. Ed. 2d 252, 2011 U.S. LEXIS 4192.

June 6, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 413 Fed. Appx. 81.